UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Sallick, William R.**                    Case No.:    **18-26195-SLM**

                                                   Chapter:     **7**

                                                   Judge:       **Stacey L. Meisel**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable **Stacey L. Meisel** on **December 18, 2018**, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. **3A**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: | **427 Route 515, Verona, New Jersey** |
| --- | --- |
| | **Current Market Value of Property: $250,000.00** |
| | **Estimated Cost of Sale: $25,000.00** |

| Liens on property: | **Roundpoint Mortgage- $453,127.00** |
| --- | --- |

| Amount of equity claimed as exempt: |
| --- |
| |

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-26195-SLM
William R. Sallick                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: Nov 13, 2018
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db              +William R. Sallick,    427 Route 515,    Vernon, NJ 07462-3002
517699295       +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517699296       +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517699297       +Fein Such and Kahn,    7 Century Drive,    suite 201,    Parsippany, NJ 07054-4673
517699301       +New Jersey Gross Income Tax,    P.O Box 248,    Trenton, NJ 08646-0046
517699303       +Roundpoint Mortgage Servicing Corp,    Po Box 19409,    Charlotte, NC 28219-9409
517699304       +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517699305       +Unifund CCR Partners,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517699294       +Fax: 602-659-2196 Nov 14 2018 03:44:40      Chex System,    7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
517699298       +E-mail/Text: cio.bncmail@irs.gov Nov 14 2018 00:22:41      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517699299       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 00:31:26      Lvnv Funding LLC,
                 15 S Main Street Ste 600,    Greenville, SC 29601-2768
517699300       +E-mail/PDF: bankruptcy@ncfsi.com Nov 14 2018 00:20:54      New Century Financial Services,
                 110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
517699302       +E-mail/Text: mary@rabperformance.com Nov 14 2018 00:23:32      RAB Performance Recoveries LLC,
                 700 Kindermack Road,    Suite 2011,   Oradell, NJ 07649-1533
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
               CARISBROOK ASSET HOLDING TRUST bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michelle Labayen    on behalf of Debtor William R. Sallick michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7