UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com



**Order Filed on November 27, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:
WILLIAM SALLICK

Case No.:      18-26195
Chapter        7
Hearing Date:  November 27, 2018
                [
Judge:         Meisel

## ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: November 27, 2018**

*/s/ Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.